IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Saenz Sr, Thomas Dill | Case Number: 04 B 31486 |
|---|---|---|
| | Saenz, Jane A | Judge: Hollis, Pamela S |
| | Printed: 7/1/08 | Filed: 8/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 30, 2008
Confirmed: January 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 62,233.85 | |
| Secured: | | 10,655.89 |
| Unsecured: | | 45,107.78 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 3,241.33 |
| Other Funds: | | 528.85 |
| Totals: | 62,233.85 | 62,233.85 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Bank One | Secured | 9,649.29 | 9,649.29 |
| 4. | World Financial Network Nat'l | Secured | 503.30 | 503.30 |
| 5. | Radio Shack | Secured | 503.30 | 503.30 |
| 6. | Resurgent Capital Services | Unsecured | 353.67 | 593.93 |
| 7. | World Financial Network Nat'l | Unsecured | 62.37 | 104.73 |
| 8. | Resurgent Capital Services | Unsecured | 596.18 | 1,001.10 |
| 9. | ECast Settlement Corp | Unsecured | 2,617.86 | 4,396.22 |
| 10. | Charming Shoppes-Fashion Bug | Unsecured | 28.70 | 48.20 |
| 11. | ECast Settlement Corp | Unsecured | 427.76 | 718.28 |
| 12. | Bank One | Unsecured | 3,438.80 | 5,774.83 |
| 13. | World Financial Network Nat'l | Unsecured | 618.45 | 1,038.56 |
| 14. | Discover Financial Services | Unsecured | 5,106.15 | 8,574.84 |
| 15. | Retailers National Bank | Unsecured | 267.87 | 449.83 |
| 16. | Hilco Receivables, LLC | Unsecured | 6,402.45 | 10,751.58 |
| 17. | Hilco Receivables, LLC | Unsecured | 6,940.86 | 11,655.68 |
| 18. | HSBC Mortgage Services | Secured | | No Claim Filed |
| 19. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | Home Depot | Unsecured | | No Claim Filed |
| 22. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 23. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 40,217.01 | $ 58,463.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Saenz Sr, Thomas Dill | Case Number: 04 B 31486 |
|---|---|---|
|  | Saenz, Jane A | Judge: Hollis, Pamela S |
|  | Printed: 7/1/08 | Filed: 8/24/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 558.65 |
| 4% | 158.28 |
| 3% | 137.49 |
| 5.5% | 694.43 |
| 5% | 228.71 |
| 4.8% | 416.28 |
| 5.4% | 1,047.49 |
|  | _____ |
|  | $ 3,241.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

